# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE HARRISON BIRCH,
                Appellant,

vs.

WADE BEAVENS,
                Respondent.

No. 74751

**FILED**

APR 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. James Todd Russell, District Judge
       Bruce Harrison Birch
       Attorney General/Carson City
       Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-14723